UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:19-CR-00136-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JAMES GAHARAN (01)** | **MAGISTRATE JUDGE KAY** |

**MEMORANDUM ORDER**

Before the Court is a Motion for Reconsideration [Doc. 59] filed by Defendant James Garahan. On March 6, 2022, Mr. Garahan filed a Motion Pursuant to 18 U.S.C. § 3582(c)(1)(A) for Compassionate Release [Doc. 47]. On April 8, 2022, the Government filed its opposition to Mr. Garahan's motion [Doc. 53]. On April 19, 2022, Mr. Garahan filed a Motion for Extension of time within which to respond to the Government's Opposition [Doc. 54] which was granted on April 29, 2022, giving Mr. Garahan until May 10, 2022, to file a reply. On April 28, 2022, Mr. Garahan filed a reply to the Government's opposition [Doc. 56]. On April 29, 2022, this Court signed its Memorandum Order [Doc. 57] denying Mr. Garahan's Motion Pursuant to 18 U.S.C. § 3582(c)(1)(A) for Compassionate Release.

Mr. Garahan now filed this Motion for Reconsideration [Doc. 59] arguing that considering the timing of the filing of Mr. Garahan's reply to the Government's opposition it is unlikely that the Court considered Mr. Garahan's reply, and the arguments raised therein. The Court disagrees and notes that proper consideration was given to Mr. Garahan's reply, and the arguments raised therein. However, as stated in this Court's

Memorandum Order, the Court finds that there is insufficient evidence of "extraordinary and compelling reasons" for Mr. Gaharan's early release. Allowing a reduction in Mr. Gaharan's case would not provide adequate deterrence form criminal conduct or reflect the seriousness of his offence. Accordingly, there is no basis for granting compassionate release in this matter.

As such,

For the reasons stated in this Court's Memorandum Order [Doc. 57], the Motion for Reconsideration [Doc. 59] is **DENIED.**

**THUS DONE AND SIGNED** in Chambers this 27th day of May, 2022.

_____
**JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE**